**Mark CHEATWOOD and Chad Strickland, Plaintiffs– Appellees,**

v.

**W.S.I. MANUFACTURING COMPANY, INC., Defendant–Appellant.**

No. 03–1547.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).